CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DZMITRY STARAVOITAU,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSEPH B. EDLOW,[1] Director, United States Citizenship and Immigration Services, *et al.*,<br><br>    Defendants. | Case No. 4:24-cv-08589 HSG<br><br>**STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

    The parties submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On February 11, 2025, the Court granted the parties' request to stay proceedings until July 18, 2025, to allow time for the agency to take further adjudicative action on Plaintiff's Form I-589 application. United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiff on March 20, 2025. Following Plaintiff's asylum interview, USCIS has been reviewing the application and the agency determined that a second interview is necessary. As such, the agency needs a brief period of additional time to schedule a second interview.

    Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

---

[1] Joseph B. Edlow is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Joint Status Report
C 4:24-cv-08589 HSG                        1

August 1, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: July 18, 2025

Respectfully submitted,[2]

CRAIG H. MISSAKIAN
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: July 18, 2025

 /s/ Jessica T. Arena
JESSICA T. ARENA
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until August 1, 2025.

Date:   7/21/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Joint Status Report
C 4:24-cv-08589 HSG                                           2